JEFFREY S. BLANCK, ESQ.
Nevada State Bar # 3913
485 West Fifth Street
Reno, Nevada 89503
(775) 324-6640
(775) 323-5944 fax
email: jblanck@jeffreyblancklaw.com
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN, | **Case No.: 2:14-cv-00894-APG-PAL** |
| Petitioner, | **MOTION FOR WITHDRAWAL OF CJA COUNSEL FOR PETITIONER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

COMES NOW Jeffrey Blanck, appointed CJA counsel ("CJA Counsel") for Petitioner, Jim Bass Holden ("Petitioner"), and hereby moves this Court for an order allowing CJA Counsel to withdraw as Petitioner's counsel. This motion is based upon the following points and authorities and the pleadings on file herein.

Dated: May 11, 2015                    /s/
                                       JEFFREY S. BLANCK, ESQ.,
                                       Attorney for Petitioner

1

MEMORANDUM OF POINTS AND AUTHORITIES

INTRODUCTION

On August 26, 2014, this Court appointed CJA Counsel, JEFFREY S. BLANCK ("CJA Counsel"), to represent Holden in this matter.  In its order, the Court advised CJA Counsel of Petitioner's deadline to file any known claims prior to the expiration of the federal limitation period of October 30, 2014 (Docket #12).

1.      After his jury trial, Holden was found guilty of: Count I, Burglary While in Possession of a Firearm; Count II, Conspiracy to Commit Murder; Count III, Extortionate Collection of Debt; and Count IV, Murder With use of a Deadly Weapon.

2.      On June 16, 2006, the clerk of the Eighth Judicial District Court of Clark County, Nevada entered a Judgment of Conviction in the case entitled, <u>State of Nevada vs. Jim Bass Holden #2515224</u>, Case No. 04C200945 (Exhibit 1).

3.      At Holden's sentencing hearing, the Court sentenced Holden as follows: Count I, 24-120 months; Count II, 24-120 months and Count II to run concurrent with Count I; Count III, 12-24 months and to run concurrent with Counts I and II; and Count IV, life w/o and an equal and consecutive life w/o which is concurrent with Counts I, II, and III; the sentence in Count IV is to run consecutive to the sentences in Case C202943 and Case 214716 (Exhibit 2, pg. 12).  Holden is currently serving out his sentence at Ely State Prison.

Pursuant to the Court's Order, CJA Counsel filed Petitioner's First Amended Petition for Writ of Habeas Corpus, Request for Leave to File a Second Amended Petition and Request for Extension of Time to File a Second Amended Petition, and Motion for Stay and Abeyance on October 29, 2014.  On April 13, 2015, the Court granted Petitioner's Motion for Stay and Abeyance.  This matter has been stayed until Petitioner's state post-conviction matters have been completely exhausted.

///

///

///

**ARGUMENT**

**I.**

**CJA Counsel is Closing his Nevada Practice**

In accordance with Nevada Rules of Professional Conduct 1.17, CJA Counsel is notifying this Court that he has applied for and has accepted a position as legal counsel for a public entity in another state and is closing his law practice in Nevada effective May 31, 2015.

Therefore, CJA Counsel is respectfully requesting that this Court appoint other counsel to represent Petitioner in this matter.  CJA Counsel will forward all of his files to the newly appointed counsel for Petitioner.

**CONCLUSION**

CJA Counsel for Petitioner respectfully requests this Court to relieve CJA Counsel as counsel for Petitioner and have other counsel be appointed to Petitioner by this Court.

Dated: May 11, 2015                                      s/
                                                                          JEFFREY S. BLANCK, ESQ.,
                                                                          Attorney for Petitioner

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the 11th day of May 2015, I am an employee of the LAW OFFICE OF JEFFREY S. BLANCK, and that on this day, I caused to be served a true and correct copy of the **MOTION FOR WITHDRAWAL OF CJA COUNSEL FOR PETITIONER** by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Hand Delivery
- ☐ Messenger Service
- ☒ CM/ECF Electronic Service
- ☐ Electronic Mail

addressed to the following:

Catherine Cortez-Masto
Nevada Attorney General's Office
100 N. Carson Street
Suite 3900
Carson City, Nevada 89701-4717
Email: usdcfilings@ag.nv.gov

Michael Bongard
Office of Attorney General
1539 Avenue F
Suite 2
Ely, Nevada 89301
Email: mbongard@ag.nv.gov

/s
GALE SANDERS