**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>　　　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, et al.,<br>　　　　　　　　　Respondents. | Case No. 2:14-cv-00894-APG-PAL<br><br>**ORDER** |

This is a habeas petition filed under 28 U.S.C. § 2254.  On April 13, 2015, the court granted petitioner Jim Bass Holden's motion for stay and abeyance pending final resolution of his state postconviction petition and administratively closed this case (Dkt. #17).

Now before the court is a motion to withdraw by Holden's counsel (Dkt. #18). Counsel explains that he has accepted a position with a public entity in another state and is closing his law practice in Nevada.  The court's Criminal Justice Act designee has located counsel willing to be appointed to represent the petitioner herein:

　　Julian Gregory
　　324 S. 3rd St.
　　Suite 200
　　Las Vegas, NV 89101
　　Tel.:  702-625-1183.

**IT IS THEREFORE ORDERED** that counsel for petitioner's motion to withdraw (Dkt. #18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Jeffrey S. Blanck **is released as counsel**.

**IT IS FURTHER ORDERED** that Julian Gregory is **APPOINTED** to represent the petitioner herein.  Mr. Gregory is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada.  Mr. Gregory shall represent petitioner in all

1

future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A (a)(2)(B), until allowed to withdraw.

**IT IS FURTHER ORDERED** that, as set forth in this court's order granting the stay, the grant of a stay is conditioned upon petitioner returning to federal court with a motion to reopen the case within **forty-five (45) days** of the issuance of remittitur by the Supreme Court of Nevada, at the conclusion of the state court proceedings on the postconviction habeas petition.

DATED: 11 February 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE