# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:14-cv-00894-APG-PAL<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 13, 2015, this court granted a stay and administratively closed petitioner Jim Bass Holden's federal habeas corpus action pending exhaustion of unexhausted claims (ECF No. 17).

Holden's further state-court proceedings have concluded, and he has now returned to this court, through counsel, seeking to reopen this case (ECF No. 22). Respondents have not opposed or responded to the motion in any way. Accordingly, and good cause appearing, this action is reopened, and the court now sets a further briefing schedule.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen the case (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk shall REOPEN THE FILE in this action.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** following the date of entry of this order within which to answer, or otherwise respond to, the amended petition (ECF No. 16).

**IT IS FURTHER ORDERED** that petitioner shall have **forty-five (45) days** following service of the response to file and serve petitioner's response.

DATED: 3 February 2017.

                                                                               _____
                                                                               ANDREW P. GORDON
                                                                               UNITED STATES DISTRICT JUDGE