UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:14-cv-00894-APG-PAL<br><br>ORDER |

This is a habeas petition filed under 28 U.S.C. § 2254.  On February 21, 2017, petitioner Jim Bass Holden's counsel filed a motion to withdraw, citing Nevada Rule of Professional Conduct 1.16(a) (ECF No. 24).  Counsel explains that since undertaking this representation, he has been diagnosed with a medical condition that precludes his effective representation of Holden.  *Id.*  The court's Criminal Justice Act designee has located counsel willing to be appointed to represent the petitioner herein:

Gia A. McGillivray

McGillivray Law
8275 S. Eastern Ave.
Ste. 200
Las Vegas, NV 89123
Phone: 702-406-9401
Fax: 702-478-6152.

**IT IS THEREFORE ORDERED** that counsel for petitioner's motion to withdraw (ECF NO. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that Julian Gregory **is released as counsel**.

**IT IS FURTHER ORDERED** that Gia A. McGillivray is **APPOINTED** to represent the petitioner herein. Ms. McGillivray is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. Ms. McGillivray shall represent petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A (a)(2)(B), until allowed to withdraw.

**IT IS FURTHER ORDERED** that the briefing deadlines set forth in this court's order dated February 3, 2017 (ECF No. 23) shall run from the date of entry of the instant order.

DATED: 20 March 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE