MCGILLIVRAY LAW
GIA MCGILLIVRAY, ESQ.
Nevada Bar No. 008182
8275 S. Eastern Avenue, Suite 200-964
Las Vegas, Nevada 89123
Telephone: (702) 406-9401
Facsimile: (702) 478-6152
Email: giamlaw@outlook.com

Attorney for Jim Bass Holden

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>        Petitioner,<br><br>    v.<br><br>STATE OF NEVADA, ET AL.<br><br>        Respondents. | Case No. 2:14-cv-00894-APG-PAL<br><br>**ORDER CONTINUE MOTION DEADLINES**<br>(First Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Petitioner Jim Bass Holden ("Mr. Holden") needs additional time respond to Respondent's Motion to Dismiss the Amended Petition for Writ of Habeas Corpus ("Motion").

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Mr. Holden sufficient time within which to be able to effectively and completely respond to the Motion and for counsel for the State of Nevada to reply.

4. Denial of this request for continuance could result in a miscarriage of justice.

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that Mr. Holden shall have to and including June 6, 2017, to file a responsive pleading to Respondent's Motion.

IT IS FURTHER ORDERED that Respondent shall have to and including July 6, 2017, to file a reply.

Dated: April 26, 2017.

UNITED STATES DISTRICT JUDGE

JUDGE ANDREW P. GORDON